# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

PATRICK A. CANNAVAN,

          Plaintiff,

    v.

MACOMBER,

          Defendant.

Case No.  1:25-cv-01482-JLT-BAM (PC)

ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS AS MOOT

(ECF No. 14)

Patrick A. Cannavan is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

On December 19, 2025, the Court issued findings and recommendations that recommended plaintiff's motion for alias writ be denied. (Doc. 13.)  The Court served the findings and recommendations on plaintiff and notified him that any objections were due within 14 days. (*Id.* at 3.)

Currently before the Court is "Plaintiff's Motion:  Requesting due to holiday schedule-access not available:  ADA issues: ADA Computer not available the 'Objection to Magistrates Judge's Findings and Recommendations' filed under 1:25-cv-01480-KES-SAB," filed on January 5, 2026. (ECF No. 14.)  Although not entirely clear, Plaintiff's motion appears to request that the Court accept his objections to the findings and recommendations and allow him an extension of time. (*Id.*)

1

Plaintiff's motion for an extension of time to file objections is not necessary. Concurrent with his motion, Plaintiff filed timely objections to the findings and recommendations on January 5, 2026. (Doc. 15.) Accordingly, Plaintiff's motion for an extension of time, (ECF No. 14), is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:    **January 14, 2026**                    /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

2