**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK A. CANNAVAN, | No.  1:25-cv-01482 JLT BAM |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR ALIAS WRIT |
| v. | |
| MACOMBER, | (Docs. 11, 13) |
| Defendant. | |

Patrick A. Cannavan is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  The complaint has not yet been screened.

On December 19, 2025, the magistrate judge issued Findings and Recommendations that recommended plaintiff's motion for an alias writ be denied. (Doc. 13.)  The magistrate judge determined that Plaintiff had not met the requirements for the injunctive relief sought in his motion. (*Id.* at 2-3.)  Plaintiff filed timely objections on January 5, 2026.  (Doc. 15.)

According to 28 U.S.C. § 636 (b)(1)(C), this Court performed a *de novo* review of this case.  Having carefully reviewed the matter, including plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Despite the Court's express instruction, Plaintiff's objections total nearly 90 pages.  The Court declines to consider any pages in excess of the 15-page limit.[1]  Even if considered in full,

---

[1] Plaintiff's objections include an apparent request for the appointment of counsel.  (*See* Doc. 15 at 35).  Plaintiff's

1

however, Plaintiff does not properly object to the magistrate judge's findings and recommendations, and he does not identify any specific basis warranting rejection or modification of the findings and recommendations.  (Doc. 15.)  Thus, the Court **ORDERS**:

1.  The findings and recommendations issued on December 19, 2025, (Doc. 13), are **ADOPTED**.

2.  Plaintiff's motion for alias writ, (Doc. 11), is **DENIED**.

3.  The action is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    **January 29, 2026**

UNITED STATES DISTRICT JUDGE

---

request is denied without prejudice.  Plaintiff may re-file his motion to appoint counsel for consideration by the magistrate judge.

2